FILED
JAN 11 2019
Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WANDA JOYCE MEDICINE HORSE,<br><br>Defendant. | CR 14-109-BLG-SPW-1<br><br>ORDER |

For the reasons stated on the record, Wanda Joyce Medicine Horse is hereby released from the custody of the U.S. Marshal Service.

DATED this 11th day of January, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1